02-11-196-CV











 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
 
 




 

NO. 02-11-00196-CV 

 

 




 
 
 In re Michael A. Smith
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

------------

The
court has considered relator’s petition for writ of mandamus and request for
temporary relief and is of the opinion that relief should be denied. 
Accordingly, relator’s petition for writ of mandamus and request for temporary
relief are denied.

PER CURIAM

 

PANEL: 
LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

 

DELIVERED: 
June 3, 2011


























         
[1]See
Tex. R. App. P. 47.4, 52.8(d).